# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| AMBER DUPONT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10-cv-00229-JAW |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 28, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion to Dismiss (Docket # 28) be and hereby is GRANTED for failure to prosecute and the case is DISMISSED pursuant to Rule 37(b) and Rule 41(b).

SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd of February, 2011